BEFORE THE FIRST DIVISION, AUGUST 16, 1951

**No. 55815.**—McLaughlin & Freeman et al. *v.* United States, protests 78348–K, etc. (Boston).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.